IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TORRIANNO R. POPE,

    Petitioner,

v.

WARDEN CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-689-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Warden Carol Holinka dismissing the petition of Torrianno R. Pope for a writ of habeas corpus under 28 U.S.C. § 2241 for his failure to show that the length of his custody has been increased in violation of the Constitution or the laws of the United States.

_____    10/24/11
Peter Oppeneer, Clerk of Court    Date